UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **TIFFANY PELSIA ET AL** | **CASE NO. 6:25-CV-01047** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **EYE WONDER PHOTO ET AL** | **MAGISTRATE JUDGE DAVID J. AYO** |

### JUDGMENT

Before this Court is a MOTION TO DISMISS [Doc. 19] filed by defendants Eye Wonder Photo and Aaron Hogan. This motion was referred to United States Magistrate Judge David J. Ayo for report and recommendation. After an independent review of the record, noting the absence of objections filed, this Court concludes that the Magistrate Judge's REPORT AND RECOMMENDATION [Doc. 24] is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED that, consistent with the REPORT AND RECOMMENDATION, Defendants' MOTION TO DISMISS [Doc. 19] is GRANTED pursuant to Fed. R. Civ. P. 12(b)(1).

IT IS FURTHER ORDERED that Plaintiffs' suit is DISMISSED without prejudice based upon this Court's lack of subject matter jurisdiction over the claims presented.

THUS DONE AND SIGNED in Chambers on this 29th day of December, 2025.

_____
**DAVID C. JOSEPH**
**UNITED STATES DISTRICT JUDGE**